ACCEPTED
15-25-00022-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 9:43 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 9:43:18 AM
CHRISTOPHER A. PRINE
Clerk



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

April 24, 2025

**Via e-filing**

Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

    Re:    Cross-Appellant's Payment of Appellate Filing Fee; No. 15-25-00022-CV

Mr. Prine:

We received the Court's correspondence dated April 23, 2025, regarding payment of the appellate filing fee by Cross-Appellant Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts. This letter serves as notice that payment of the appellate filing fee has been made via this e-filing by Cross-Appellant.

If you have any questions, please do not hesitate to contact our office.

    Sincerely,

    /s/ *Deborah J. Rao*
    DEBORAH J. RAO
    Assistant Attorney General
    Texas State Bar No. 24131915
    Tel: (512) 475-3503
    deborah.rao@oag.texas.gov

cc: All counsel of record via e-filing

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Neuman on behalf of Deborah Rao
Bar No. 24131915
david.neuman@oag.texas.gov
Envelope ID: 100030782
Filing Code Description: Copy of Notice of Appeal
Filing Description: Corr Regarding Appellate Filing Fee
Status as of 4/24/2025 10:21 AM CST

Associated Case Party: City of Coppell, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 4/24/2025 9:43:18 AM | SENT |
| Reed Randel | 24075780 | Reed.Randel@hklaw.com | 4/24/2025 9:43:18 AM | SENT |
| Stephen Fink | 7013500 | Stephen.Fink@hklaw.com | 4/24/2025 9:43:18 AM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 4/24/2025 9:43:18 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bryan Dotson | 24072769 | bryan.dotson@chamberlainlaw.com | 4/24/2025 9:43:18 AM | SENT |
| Cynthia Bourland | 790343 | bourland@bourlandlaw.com | 4/24/2025 9:43:18 AM | SENT |
| Brandon L.King | | brandon.king@hklaw.com | 4/24/2025 9:43:18 AM | SENT |

Associated Case Party: Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kyle Counce | 24082862 | Kyle.Counce@oag.texas.gov | 4/24/2025 9:43:18 AM | SENT |
| Deborah Rao | 24131915 | deborah.rao@oag.texas.gov | 4/24/2025 9:43:18 AM | SENT |